

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

**1/5/2015**

**GOUDEAU, REGINALD WAYNE   Tr. Ct. No. 1022577-A   WR-48,100-03**

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

REGINALD WAYNE GOUDEAU
STRINGFELLOW UNIT - TDC #865774
1200 FM 655
ROSHARON, TX  77583

U T F

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004279596
$ 00.26⁵
JAN 07 2015
MAILED FROM ZIPCODE 78701